UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/10

------------------------------------------------------------x

CAMERON INDUSTRIES, INC.,   :   09 Civ. 2522 (RJH)(AJP)
                            :
        Plaintiff,          :
                            :
    -against-               :   **ORDER**
                            :
LAROSE, INC.,               :
                            :
        Defendant.          :
                            :
------------------------------------------------------------x

On October 7, 2010, Magistrate Judge Andrew J. Peck issued a Report and Recommendation ("Report") recommending that the Court enter judgment in favor of plaintiff Cameron Industries, Inc. against defendant Larose, Inc. for $29,541 in disgorged profits and costs. To date, the Court has neither received any objections to the Report nor any other communication, such as a letter requesting an extension of time in which to file objections, from Defendant.

The district court adopts a Magistrate Judge's report and recommendation when no clear error appears on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). The Court has reviewed the Report and finds that no clear error appears on the face of the record. Accordingly, the Court adopts the Report. The Clerk shall close this case.

SO ORDERED.

Dated: New York, New York
       November 16, 2010

                                                    Richard J. Holwell
                                                United States District Judge